**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of North Carolina

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | King<br>First name<br>Dan<br>Middle name<br>Rives<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | Marydel<br>First name<br>Hart<br>Middle name<br>Rives<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3524 ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – 3040 ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Official Form 101              **Voluntary Petition for Individuals Filing for Bankruptcy**              page 1

Debtor 1 __King Dan Rives_____   Case number (*if known*)_____
   First Name  Middle Name  Last Name

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN |
| **5. Where you live** | 8308 Grey Abbey Pl.<br>Number Street<br><br>_____<br><br>Raleigh   NC 27615<br>City   State ZIP Code<br><br>Wake<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number Street<br><br>_____<br>P.O. Box<br><br>_____<br>City   State ZIP Code | **If Debtor 2 lives at a different address:**<br><br>8308 Grey Abbey Pl.<br>Number Street<br><br>_____<br><br>Raleigh   NC 27615<br>City   State ZIP Code<br><br>Wake<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number Street<br><br>_____<br>P.O. Box<br><br>_____<br>City   State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>❑ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____<br>_____ | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>❑ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____<br>_____ |

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 2

Debtor 1  King Dan Rives
         First Name  Middle Name  Last Name

Case number (*if known*)_____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

❏ Chapter 7
❏ Chapter 11
❏ Chapter 12
☑ Chapter 13

**8. How you will pay the fee**

❏ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❏ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

❏ No
☑ Yes.  District  Eastern District of NC   When  07/02/2015   Case number  15-03653-5-SWH
                                                  MM / DD / YYYY
              District  Eastern District of NC   When  10/15/2014   Case number  14-05999-5-SWH
                                                  MM / DD / YYYY
              District  Eastern District of VA   When  06/04/2013   Case number  13-33079-KLP
                                                  MM / DD / YYYY

```
See also attached
```

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
❏ Yes.  Debtor _____   Relationship to you _____
         District _____  When _____  Case number, if known _____
                                  MM / DD / YYYY

         Debtor _____   Relationship to you _____
         District _____  When _____  Case number, if known _____
                                  MM / DD / YYYY

**11. Do you rent your residence?**

❏ No. Go to line 12.
☑ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

   ☑ No. Go to line 12.
   ❏ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 3

Debtor 1  <u>King            Dan             Rives                        </u>         Case number (*if known*)_____
         First Name    Middle Name    Last Name

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

❑ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____  _____  _____
City                                          State     ZIP Code

*Check the appropriate box to describe your business:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.  I am not filing under Chapter 11.

❑ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

❑ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

❑ Yes.  What is the hazard?  _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
                        Number     Street

_____

_____  _____  _____
City                                          State     ZIP Code

Official Form 101                 **Voluntary Petition for Individuals Filing for Bankruptcy**                   page 4

Debtor 1  King Dan Rives  
    First Name    Middle Name    Last Name

Case number *(if known)*_____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  King Dan Rives
First Name   Middle Name   Last Name

Case number (*if known*)_____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  ☐ No
  ☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ King D. Rives
Signature of Debtor 1

Executed on 7/15/2016
MM / DD / YYYY

✗ /s/ Marydel H. Rives
Signature of Debtor 2

Executed on 7/15/2016
MM / DD / YYYY

Debtor 1   King Dan Rives
           First Name   Middle Name   Last Name

Case number (*if known*)_____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ /s/ Erich M. Fabricius         Date   7/15/2016
Signature of Attorney for Debtor        MM / DD / YYYY

Erich M. Fabricius
Printed name

Fabricius & Fabricius PLLC
Firm name

PO Box 1230
Number   Street

_____

Knightdale                              NC        27545
City                                    State     ZIP Code

Contact phone  919-295-6001    Email address  emf@fabriciuslaw.com

39667                                   NC
Bar number                              State

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 7

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **King Dan Rives &  
Marydel Hart Rives,**  
                      **Debtor**

Case No. _____

Chapter **13**

## EXHIBIT TO VOLUNTARY PETITION: ADDITIONAL PRIOR BANKRUPTCY CASES FILED WITHIN LAST 8 YEARS

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| **Eastern District of Virgina** | **12-34306-KRH** | **July 23, 2012** |
| **Eastern District of Virgina** | **10-36456-KRH** | **September 17, 2010** |

## United States Bankruptcy Court
### Eastern District of North Carolina

In re  **King Dan Rives and Marydel Hart Rives**  
Debtor(s)

Case No_____  
Chapter **13**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above- named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................. $ **4,300.00**  
   Prior to the filing of this statement, I have received ............................. $ **300.00**  
   Balance Due.................................................................................... $ **4,000.00**

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:  
   [✓] Debtor   [ ] Other (specify)

4. The source of compensation to be paid to me is:  
   [✓] Debtor   [ ] Other (specify)

5. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof
   d. **Other matters required by local rule**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **Adversary proceedings, non-base matters, conversion to or represenation in other chapters, non-bankruptcy representation.**

### CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **07/15/2016**

**/s/ Erich M. Fabricius**  
Erich M. Fabricius  
NC Bar 39667  
Fabricius & Fabricus PLLC  
P.O. Box 1230  
Knightdale, NC 27545  
919-295-6001  Fax: 919-890-3833  
emf@fabriciuslaw.com

ACE Cash Express INC
c/o Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Advance America
705 EAST ATLANTIC STREET
South Hill, VA 23970

AFS Acceptance
PO Box 189007
Plantation, FL 33318

American Medical Collection Agency
4 WESTCHESTER PLAZA, BLVD 4, STE. 110
Elmsford, NY 10523

Anderson Financial Services, LLC
d/b/a LoanMax
609 E. Atlantic St.
South Hill, VA 23970

Associated Urologists Of Nc, Pa
3821 Ed Drive
Raleigh, NC 27612

Belk Ford
447 MS-6
Oxford, MS 38655

Brownlee Law Firm Pllc
4020 WESTCHASE BLVD #530
Raleigh, NC 27607

Capital One
PO Box 30285
Salt Lake City, UT 84130

Chase Receivables
1247 Broadway
Sonoma, CA 95476

City of Raleigh
PO Box 590
Raleigh, NC 27602

City of Richmond
Department of Public Utilities
730 E. Broad Street, 5th Floor
Richmond, VA 23219

City of Washington DC
Professional Acct Mgt
PO Box 37038
Washington DC 20013

CJW Medical Center
c/o Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

COMMONWEALTH RADIOLOGY
1508 WILLOW LAWN DR SUITE 117
RICHMOND, VA 23230

Consumer Solutions, Inc.
4400 OLD POOLE RD BLDG B
Raleigh, NC 27610

Credit Acceptance Corporation
Attn: Bankruptcy Dept.
25505 West Twelve Mile Road
Southfield, MI 48034

Credit Acceptance Corporation
Attn: Bankruptcy Dept.
25505 West Twelve Mile Road
Southfield, MI 48034

Daniel and Delancy McAuley
1423 Concord Church Rd.
Roxboro, NC 27574

Dankos, Gordon & Tucker, PC
1360 E. Parham Rd. Ste. 200
Richmond, VA 23228

Diamond Dog House, LLC
1712 Ellen Rd
Richmond, VA 23230

Dominion Behavioral Health Inc
2305 NORTH PARHAM RD, Ste 3
Henrico, VA 23229

Dr. George A. Oley, III PLC
9030 Three Chopt Rd Ste A
Henrico, VA 23229

Drs Overton Wiley Kirchmier T
10410 RIDGEFIELD PKWY
Henrico, VA 23233

Duke Energy Progress
PO Box 1771
Raleigh, NC 27602

DUKE UNIVERSITY HEALTH SYSTEM
5213 SOUTH ALSTON AVE
DURHAM, NC 27713

Entrust Federal Credit Union
1801 Dabney Rd.
Richmond, VA 23230

Ernell Maurice Savage, Jr.
9660 FALLS OF NEUSE STE 138
Raleigh, NC 27615

First Premier
3820 N. Louse Avenue
Sioux Falls, SD 57107

Focused Recovery Solutions, Inc
9701 MetroPOlitan Court, Suite B
Richmond, VA 23236

Fox Eye Care
3509 Haworth Dr #208
Raleigh, NC 27609

Hammerhead Pool Services, Inc
5621 DEPARTURE DR, Ste 106
Raleigh, NC 27616

Harrison Fence
PO BOX 828
Apex, NC 27502

Hayes Barton Animal Hospital
1516 Glenwood Avenue
Raleigh, NC 27608

Henrico County, Virginia
P.O. Box 90775
Henrico, VA 23273-0775

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

KRS Holdings, Inc.
dba Great Richmond Rental
c/o Dankos, Gordon & Tucker PC
1650 E Parham Rd, Ste. 200
Richmond, VA 23228

Lafayette, Ayers, Whitlock
10160 STAPLES MILL RD, STE 105
Glen Allen, VA 23060

LCA Collections
PO Box 2240
Burlington, NC 27216

Leahter And Vinyl MD
8300 FALLS OF NEUSE RD, #110
Raleigh, NC 27615

Lexington County Health
1070 S Lake Dr
Lexington, SC 29073

Lexington Radiology
508 Hulon Ln
West Columbia, SC 29169

Maurice Savage
9660 FALLS OF NEUSE STE 138
Raleigh, NC 27615

Mscb Inc.
PO BOX 1567
Paris, TN 38242

National General Insurance
PO Box 3199
Winston-Salem, NC 27102

Neurosurgical Associates, Pc
1651 N. PARHAM RD
Henrico, VA 23229

North Carolina Dept of Revenue
Office Services Division
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Optimum Outcomes, Inc.
2651 WARRENVILLE ROAD STE 500
Downers Grove, IL 60515

Optimum Solutions
PO Box 660943
Dallas, TX 75266

Platinum Auto Finance
25 NORTH MAIN AVE
CLEARWATER, FLORIDA 33765

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

PRESTIGE FINANCIAL SERVICES
PO BOX 26707
SALT LAKE CITY, UT 84126

Professional Account Management Llc
PO Box 391
Milwaukee, WI 53201

Psnc Energy
PO Box 100256
Columbia, SC 29202

Qvc, Inc.
C/O GC SERVICES LIMITED PARTNERSHIP
PO Box 3044
Livonia, MI 48151

Raleigh Pathology Lab Assoc Pa
PO Box 6241
Christianburg, VA 24068

Receivable Solutions
PO Box 21808
Columbia, SC 29221

Rent A Center
4550 CAPITAL BLVD
Raleigh, NC 27604

Richmond Emergency Physicians, Inc
PO BOX 79013
Grand Rapids, MI 49518

Richmond Specialty Group, Inc.
3 MARYLAND FARMS, Ste 250
Brentwood, TN 37027

RVA Pediatrics PC
10410 RIDGEFIELD PKWY
Henrico, VA 23233

Sadino Funding LLC
c/o Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Simply Storage
4475 POUNCEY TRACT RD
Glen Allen, VA 23059

Spring Forest Animal Hospital
2310 Spring Forest Road
Raleigh, NC 27615

Stanley Steemer
121 BLACK FORTY DRIVE
Winston Salem, NC 27127

Synchrony Bank
PO Box 965060
Orlando, FL 32896

Time Warner Cable
2505 Atlantic Avenue
Raleigh, NC 27604

Time Warner Cable
3140 W Arrowood Road
Charlotte, NC 28273

VA VEC Employment Comission
PO Box 1358
Richmond, VA 23218

Valentine & Kebartas
PO Box 325
Lawrence, MA 01842

Verizon
c/o American InfoSource LP
PO Box 248838
Oklahoma City, OK 73124-8838

Verizon Wireless
PO Box 26055
Minneapolis, MN 55426

Virginia Dept Of Motor Vehicles
PO Box 27412
Richmond, VA 23269

WakeMed
PO Box 29516
Raleigh, NC 27626

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **King Dan Rives and Marydel Hart Rives**  
Debtor(s)

Case No _____  
Chapter  13 _____

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **07/15/2016**          **/s/ King D. Rives**

                              Signature of Debtor

Date: **07/15/2016**          **/s/ Marydel H. Rives**

                              Signature of Co-Debtor

I hereby certify under penalty of perjury that the attached list of creditors which has been prepared in the format required by the clerk is true and accurate to the best of my knowledge and includes all creditors scheduled in the petition.

Date: **07/15/2016**          **/s/ Erich M. Fabricius**

                              Signature of Attorney
                              Erich M. Fabricius
                              NC Bar 39667
                              Fabricius & Fabricus PLLC
                              P.O. Box 1230
                              Knightdale, NC 27545
                              919-295-6001 Fax: 919-890-3833
                              emf@fabriciuslaw.com