**VAN–052** Order to Show Cause – Rev. 02/08/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
King Dan Rives
8308 Grey Abbey Pl.
Raleigh, NC 27615

CASE NO.: 16–03686–5–SWH

DATE FILED: July 15, 2016

CHAPTER: 13

Marydel Hart Rives
8308 Grey Abbey Pl.
Raleigh, NC 27615

ORDER TO SHOW CAUSE

IT IS ORDERED that King Dan Rives appear at the time and place indicated below to show cause, if any there be, as to why this case should not be dismissed or other sanctions imposed for failure to pay the filing fees in this case.

DATE:    Thursday, September 29, 2016
TIME:    10:00 AM
PLACE:   Room 208, 300 Fayetteville Street, Raleigh, NC 27602

DATED: September 9, 2016

Stephani W. Humrickhouse
United States Bankruptcy Judge