UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: ) | | Case No. 16-03686-5-SWH |
| ) | | |
| KING DAN RIVES ) | | Chapter 13 |
| MARYDEL HART RIVES ) | | |
|             Debtors. ) | | |
| _____) | | |

### WITHDRAWAL OF OBJECTION TO CLAIM #9 OF
### ANDERSON FINANCIAL SERVICES LLC D/B/A LOAN MAX

NOW COME the Debtors, by and through their undersigned attorney, and withdraws their previously filed objection to claim number 9 filed by Anderson Financial Services LLC d/b/a Loan Max (docket # 47, filed October 29, 2016) and amended objection (docket # 49, filed November 6, 2016).  The debtors and creditor have reached a settlement of the underlying issues, and the debtors anticipate a motion to approve compromise being filed shortly. Upon approval of that compromise by order of the court, this withdraw should be considered to be with prejudice.

Respectfully submitted, this the 9th day of December, 2016

                                                s/ Erich M. Fabricius
                                                Erich M. Fabricius, NC State Bar No. 39667
                                                Attorney for Debtors
                                                Fabricius & Fabricius PLLC
                                                P.O. Box 1230, Knightdale, NC 27545-1230
                                                Telephone: 919-295-6001
                                                Fax: 919-890-3833
                                                Email: emf@fabriciuslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached withdrawal of objection to claim, was served this day on the following parties:

John F. Logan
Chapter 13 Trustee
(electronic notice via CM/ECF)

King and Marydel Rives
8602 Warrenton Dr,
Richmond VA 23229
(via first class mail)

Anderson Financial Services, LLC
ATTN: Officer or Managing/General Agent
3440 Preston Ridge Rd #500
Alpharetta, GA 30005
(via first class mail)

This 9th day of December 2016

                                                            s/ Erich M. Fabricius