**SO ORDERED.**

**SIGNED this 22 day of December, 2016.**

_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 16-03686-5-SWH |
| ) | |
| KING DAN RIVES ) | Chapter 13 |
| MARYDEL HART RIVES ) | |
| Debtors. ) | |

### INTERIM CONSENT ORDER CONTINUING
### HEARING ON TRUSTEE'S MOTION TO DISMISS

THE CHAPTER 13 TRUSTEE FILED A MOTION TO DISMISS in this case on October 28, 2016, for plan delinquency under the Debtors' proposed plan, infeasibility, and other issues. A hearing on this matter was scheduled for December 16, 2016 in Raleigh, N.C. The Debtors and the Trustee agreed to continue the hearing on this matter to January 19, 2017, at 10:00 AM, in Raleigh, N.C., on the condition that the Debtors' payment of $310.00 received by the Trustee on December 12, 2016 represents good funds and is not returned by the Debtors' bank unpaid. Otherwise, the case shall be dismissed without further hearing upon the notification to the Court of non-compliance with the terms of this consent order.

WE CONSENT:

| | |
|---|---|
| /s/ Erich M. Fabricius | /s/ John F. Logan |
| Erich M. Fabricius | John F. Logan |
| N.C. State Bar No. 39667 | N.C. State Bar No. 12473 |
| Fabricius & Fabricius PLLC | Chapter 13 Trustee |
| P.O. Box 1230 | P.O. Box 61039 |
| Knightdale, N.C. 27545 | Raleigh, N.C. 27661-1039 |
| Tel: (919) 295-6001 | Tel: 919-876-1355 |
| Fax: (919) 890-3833 | Fax: 919-876-6889 |
| *Attorney for the Debtors* | |

**END OF DOCUMENT**