United States Bankruptcy Court
Eastern District of North Carolina

In re:  
King Dan Rives  
Marydel Hart Rives  
      Debtors

Case No. 16-03686-SWH  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: gibson_ai     Page 1 of 1     Date Rcvd: Dec 22, 2016  
                     Form ID: pdf014     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.  
db/jdb       +King Dan Rives,   Marydel Hart Rives,    8602 Warrenton Dr.,    Richmond, VA 23229-7244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2016 at the address(es) listed below:  
         Erich M. Fabricius    on behalf of Debtor King Dan Rives emf@fabriciuslaw.com,  
           ecf+fablaw@bkccn.com  
         Erich M. Fabricius    on behalf of Joint Debtor Marydel Hart Rives emf@fabriciuslaw.com,  
           ecf+fablaw@bkccn.com  
         John F. Logan    lweidenhamer@ralch13.com,   casefiles@ralch13.com,skeighley@ralch13.com  
         Joshua N. Levy    on behalf of Creditor Timothy  Saleeby josh.levy@jnl-law.com  
         Pamela P. Keenan    on behalf of Creditor   Credit Acceptance Corp. pkeenan@kirschlaw.com  
                                                                                                                                            TOTAL: 5

**SO ORDERED.**

**SIGNED this 22 day of December, 2016.**

                                                     */s/ Stephani W. Humrickhouse*
                                                     **Stephani W. Humrickhouse**
                                                     **United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-03686-5-SWH |
| | ) | |
| KING DAN RIVES | ) | Chapter 13 |
| MARYDEL HART RIVES | ) | |
|            Debtors. | ) | |

**INTERIM CONSENT ORDER CONTINUING**
**HEARING ON TRUSTEE'S MOTION TO DISMISS**

      THE CHAPTER 13 TRUSTEE FILED A MOTION TO DISMISS in this case on October 28, 2016, for plan delinquency under the Debtors' proposed plan, infeasibility, and other issues. A hearing on this matter was scheduled for December 16, 2016 in Raleigh, N.C. The Debtors and the Trustee agreed to continue the hearing on this matter to January 19, 2017, at 10:00 AM, in Raleigh, N.C., on the condition that the Debtors' payment of $310.00 received by the Trustee on December 12, 2016 represents good funds and is not returned by the Debtors' bank unpaid. Otherwise, the case shall be dismissed without further hearing upon the notification to the Court of non-compliance with the terms of this consent order.

WE CONSENT:

| | |
|---|---|
| /s/ Erich M. Fabricius | /s/ John F. Logan |
| Erich M. Fabricius | John F. Logan |
| N.C. State Bar No. 39667 | N.C. State Bar No. 12473 |
| Fabricius & Fabricius PLLC | Chapter 13 Trustee |
| P.O. Box 1230 | P.O. Box 61039 |
| Knightdale, N.C. 27545 | Raleigh, N.C. 27661-1039 |
| Tel: (919) 295-6001 | Tel: 919-876-1355 |
| Fax: (919) 890-3833 | Fax: 919-876-6889 |
| *Attorney for the Debtors* | |

**END OF DOCUMENT**