**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

CASE NO.: 16-03686-5-SWH
CHAPTER 13

IN RE:
KING DAN RIVES
MARYDEL HART RIVES
6900 N HAIRPIN DR
QUINTION, VA 23141

DEBTORS

## TRUSTEE'S MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby moves the Court to dismiss the above-referenced case for the reason(s) set forth below:

1. The Debtors are delinquent in the amount of $1,374.00 or 3.98 payments.

Based upon the foregoing, **and such other cause as may become apparent or arise between the date of this Motion and the date of any hearing hereon, of which the Trustee will advise counsel prior to the hearing, there is cause to dismiss this case under §1307(c).**

**The Debtors are hereby notified** that unless a written response and request for hearing (if a hearing is desired) is filed with the Court within **twenty-one (21) days** of this Motion, the Court may summarily dismiss this case without further notice.

DATED: August 16, 2017

*/s/ John F. Logan*
JOHN F. LOGAN
NC BAR NO. 12473
CHAPTER 13 TRUSTEE
P.O. BOX 61039
RALEIGH, NC 27661-1039
TELEPHONE: (919) 876-1355

<u>**CERTIFICATION OF SERVICE**</u>

 This is to certify that a copy of the foregoing Trustee's Motion To Dismiss was served on the Debtors and the Attorney for the Debtors at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED: August 16, 2017

                                 <u>/s/Pam Cason</u>
                                 Case Adminstrator

**COPIES FURNISHED TO:**

<u>DEBTORS</u>
KING DAN RIVES
MARYDEL HART RIVES
6900 N HAIRPIN DR
QUINTION,  VA  23141

<u>ATTORNEY FOR DEBTORS</u>
ERICH M. FABRICIUS
FABRICIUS & FABRICIUS PLLC
PO BOX 1230
KNIGHTDALE,  NC  27545-1230