# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

Case Number: 16-03686-5-SWH
Judge: STEPHANI W. HUMRICKHOUSE
Dated: December 14, 2017

In Re:

| | |
|---|---|
| KING DAN RIVES | MARYDEL HART RIVES |
| 6900 N HAIRPIN DR | |
| QUINTON, VA  23141 | |
| SSN (1): XXX-XX-3524 | SSN (2): XXX-XX-3040 |

### TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

JOHN F. LOGAN, Trustee for the above-referenced case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice Thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court. If you file such an objection and request for hearing, a copy must be served upon the undersigned Trustee, the debtors and counsel for the debtors. If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the Trustee and the surety on the Trustee's bond will be released.

1. The case was filed on July 15, 2016 and confirmed on May 08, 2017.
   The case was subsequently dismissed on November 15, 2017.

2. The amount paid to the Trustee by or on behalf of the debtors was $2,695.00.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---:|---:|---:|---:|
| BROWNLEE LAW FIRM PLLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DANKOS, GORDON & TUCKER, PC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| LAFAYETT AYERS WHITLOCK ET AL | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| OPTIMUM OUTCOMES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| OPTIMUM OUTCOMES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIVABLE SOLUTIONS, INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | $7,813.42 | $0.00 | $0.00 | $7,813.42 |
| VALENTINE & KEBARTAS, INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDIT ACCEPTANCE CORPORATION | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BAKKALAPULO LAW FIRM | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA RECEIVABLES MGMT., LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA RECEIVABLES MGMT., LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| LEATHER AND VINYL MD | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| LOAN MAX | SECURED | $1,000.00 | $0.00 | $0.00 | $1,000.00 |
| CREDIT ACCEPTANCE CORPORATION | SURRENDERED | $21,682.74 | $0.00 | $0.00 | $0.00 |
| CREDIT ACCEPTANCE CORPORATION | UNSECURED | $10,707.95 | $195.00 | $0.00 | $10,512.95 |
| PLATINUM AUTO FINANCE | SECURED | $4,684.43 | $374.72 | $0.00 | $4,309.71 |
| INTERNAL REVENUE SERVICE | UNSECURED | $15,771.19 | $0.00 | $0.00 | $15,771.19 |
| NORTH CAROLINA DEPT OF REVENUE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| QUANTUM3 GROUP, LLC | UNSECURED | $598.40 | $0.00 | $0.00 | $598.40 |
| QUANTUM3 GROUP, LLC | UNSECURED | $622.00 | $0.00 | $0.00 | $622.00 |
| AFS ACCEPTANCE, LLC | UNSECURED | $868.13 | $0.00 | $0.00 | $868.13 |
| AMERICAN MEDICAL COLLECTION AGENCY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ASSOCIATED UROLOGISTS OF NC, PA | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| BELK FORD | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA RECEIVABLES MGMT., LLC | UNSECURED | $559.87 | $0.00 | $0.00 | $559.87 |
| CHASE RECEIVABLES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITY OF RALEIGH | UNSECURED | $413.90 | $0.00 | $0.00 | $413.90 |
| COUNTY OF HENRICO, VIRGINIA | PRIORITY | $389.87 | $0.00 | $0.00 | $389.87 |
| CITY OF RICHMOND | UNSECURED | $204.50 | $0.00 | $0.00 | $204.50 |
| CITY OF WASHINGTON DC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CJW MEDICAL CENTER | UNSECURED | $780.20 | $0.00 | $0.00 | $780.20 |
| COMMONWEALTH RADIOLOGY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CONSUMER SOLUTIONS, INC. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| DANIEL AND DELANCY MCAULEY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| DIAMOND DOG HOUSE, LLC | UNSECURED | $404.74 | $0.00 | $0.00 | $404.74 |
| DOMINION BEHAVIORAL HEALTH INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| DR. GEORGE A. ALEY, III PLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| DRS OVERTON WILEY KIRCHMIER T | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| DUKE ENERGY PROGRESS | UNSECURED | $1,505.81 | $0.00 | $0.00 | $1,505.81 |
| DUKE UNIVERSITY HEALTH SYSTEM | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| DUKE UNIVERSITY HEALTH SYSTEM | UNSECURED | $7,315.42 | $0.00 | $0.00 | $7,315.42 |
| ENTRUST FCU | UNSECURED | $1,132.06 | $0.00 | $0.00 | $1,132.06 |
| ERNELL MAURICE SAVAGE, JR. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| FIRST PREMIER | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| FOCUSED RECOVERY SOLUTIONS, INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| FOX EYE CARE GROUP | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| HAMMERHEAD POOL SERVICES, INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| HARRISON FENCE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| HAYES BARTON ANIMAL HOSPITAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| COUNTY OF HENRICO, VIRGINIA | UNSECURED | $1,311.17 | $0.00 | $0.00 | $1,311.17 |
| KRS HOLDINGS, INC. | UNSECURED | $6,085.96 | $0.00 | $0.00 | $6,085.96 |
| LCA COLLECTIONS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| LEATHER & VINYL MD | UNSECURED | $503.00 | $0.00 | $0.00 | $503.00 |
| LEXINGTON COUNTY HEALTH | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| LEXINGTON RADIOLOGY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| MSCB INC. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| NATIONAL GENERAL INSURANCE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| NEUROSURGICAL ASSOCIATES, PC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| PORTFOLIO RECOV. ASSOC., LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| PRESTIGE FINANCIAL SERVICES | UNSECURED | $19,066.64 | $0.00 | $0.00 | $19,066.64 |
| PROFESSIONAL ACCOUNT MANAGEMENT LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| PSNC ENERGY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| QVC, INC. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| RALEIGH PATHOLOGY LAB ASSOC PA | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| RENT A CENTER | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| RICHMOND EMERGENCY PHYS INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| RICHMOND SPECIALTY GROUP | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| RVA PEDIATRICS PC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SADINO FUNDING LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SADINO FUNDING LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SIMPLEY STORAGE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SPRING FOREST ANIMAL HOSPITAL | UNSECURED | $365.74 | $0.00 | $0.00 | $365.74 |
| STANLEY STEEMER | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SYNCHRONY BANK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| TIME WARNER CABLE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| TIME WARNER CABLE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| VIRGINIA EMPLOYMENT COMMISSION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| AMERICAN INFOSOURCE, LP | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| VERIZON | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| VIRGINIA DEPT OF MOTOR VEHICLES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| WAKEMED | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| TIMOTHY M. SALEEBY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA RECEIVABLES MGMT., LLC | UNSECURED | $695.76 | $0.00 | $0.00 | $695.76 |
| JOHNSTON HEALTH | UNSECURED | $206.01 | $0.00 | $0.00 | $206.01 |
| PRA RECEIVABLES MGMT., LLC | UNSECURED | $1,255.21 | $0.00 | $0.00 | $1,255.21 |
| PRA RECEIVABLES MGMT., LLC | UNSECURED | $1,156.64 | $0.00 | $0.00 | $1,156.64 |

4. Summary of Disbursements:

| | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---|---|---|---|---|
| **Claim Amount** | $27,367.17 | $8,203.29 | $71,530.30 | $0.00 | $107,100.76 |
| **Principal Paid** | $374.72 | $0.00 | $195.00 | $0.00 | $569.72 |
| **Interest Paid** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:
   The clerk was paid $0.00 for the filing fee.
   The debtors' attorney was allowed $4,000.00 and was paid $1,977.04.
   The Trustee was paid $0.00 for the cost of mailing notices in the case.
   The Trustee was paid $74.12 for expenses and $74.12 for compensation pursuant to 11 USC § 1326.
   Refunds to the debtors total $0.00.

6. The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully administered.

Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety bond from any and all liability on account of the above-referenced case, closes the estate, and grants such other relief as may be just and proper.

Dated: December 14, 2017

*s/ John F. Logan*
John F. Logan
Chapter 13 Trustee
Post Office Box 61039
Raleigh, NC 27661-1039

cc: KING DAN RIVES
    MARYDEL HART RIVES

    ERICH M. FABRICIUS
    FABRICIUS & FABRICIUS PLLC
    PO BOX 1230
    KNIGHTDALE, NC 27545-1230

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: KING DAN RIVES                                        CASE NUMBER: 1603686
DEBTOR 2 NAME: MARYDEL HART RIVES

I      Robert J Wallace, Jr.      certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on   12/15/2017   :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

AFS ACCEPTANCE, LLC,PO BOX 189007,PLANTATION FL 33318
AMERICAN INFOSOURCE, LP,as agent for VERIZON,PO BOX 248838,OKLAHOMA CITY OK 73124
AMERICAN MEDICAL COLLECTION AGENCY,ATTN:  MANAGER/OFFICER,4 WESTCHESTER PLAZA, BLVD 4, STE. 110,ELMSFORD NY 10523
ASSOCIATED UROLOGISTS OF NC, PA,3821 ED DRIVE,RALEIGH NC 27612
BAKKALAPULO LAW FIRM,111 N. BELCHER ROAD,SUITE 201,CLEARWATER FL 33765
BELK FORD,ATTN: MANAGING AGENT,447 MS-6,OXFORD MS 38655
BROWNLEE LAW FIRM PLLC,ATTN: MNG AGT,4020 WESTCHASE BLVD #530,RALEIGH NC 27607-3977
CHASE RECEIVABLES,1247 BROADWAY,SONOMA CA 95476
CITY OF RALEIGH,PO BOX 590,RALEIGH NC 27602
CITY OF RICHMOND,ATTN:  DEPT. OF PUBLIC UTILITIES,730 E. BROAD ST., 5TH FLOOR,RICHMOND VA 23219
CITY OF WASHINGTON DC,ATTN: MANAGING AGENT,PROFESSIONAL ACCT MGT,PO BOX 37038 WASHINGTON DC 20013
CJW MEDICAL CENTER,RESURGENT CAPITAL SERVICES,PO BOX 1927,GREENVILLE SC 29602
COMMONWEALTH RADIOLOGY,ATTN: MNG AGT,1508 WILLOW LAWN DR,SUITE 117 RICHMOND VA 23230
CONSUMER SOLUTIONS, INC.,ATTN: MANAGING AGENT,4400 OLD POOLE RD BLDG B,RALEIGH NC 27610
COUNTY OF HENRICO, VIRGINIA,ASSISTANT COUNTY ATTORNEY,ANDREW R. NEWBY,PO BOX 90775 HENRICO VA 23273
CREDIT ACCEPTANCE CORPORATION,25505 WEST 12 MILE ROAD,SUITE 3000,SOUTHFIELD MI 48034
DANIEL AND DELANCY MCAULEY,1423 CONCORD CHURCH RD,ROXBORO NC 27574
DANKOS, GORDON & TUCKER, PC,ATTN: MANAGING AGENT,1360 E. PARHAM RD. STE. 200,RICHMOND VA 23228
DIAMOND DOG HOUSE, LLC,DANKOS, GORDON & TUCKER, P.C.,1360 EAST PARHAM ROAD,SUITE 200 RICHMOND VA 23228
DOMINION BEHAVIORAL HEALTH INC,ATTN: MANAGING AGENT,2305 NORTH PARHAM RD,STE. 3 HENRICO VA 23229
DR. GEORGE A. ALEY, III PLC,9030 THREE CHOPT RD STE A,HENRICO VA 23229
DRS OVERTON WILEY KIRCHMIER T,ATTN: MANAGING AGENT,10410 RIDGEFIELD PKWY,HENRICO VA 23233
DUKE ENERGY PROGRESS,PO BOX 1771,RALEIGH NC 27602
DUKE UNIVERSITY HEALTH SYSTEM,ATTN:  MANAGER OR REG. AGENT,5213 S. ALSTON AVE.,DURHAM NC 27713-4430
ENTRUST FCU,c/o: EDWARD S. WHITLOCK, III, ESQ.,LAFAYETTE, AYERS & WHITLOCK, PLC,10160 STAPLES MILL ROAD, SUITE 105 GLEN ALLEN VA 23060
ERICH M. FABRICIUS,FABRICIUS & FABRICIUS PLLC,PO BOX 1230,KNIGHTDALE NC 27545-1230
ERNELL MAURICE SAVAGE, JR.,ATTN: MANAGING AGENT,9660 FALLS OF NEUSE STE 138,RALEIGH NC 27615
FIRST PREMIER,3820 N. LOUSE AVENUE,SIOUX FALLS SD 57107
FOCUSED RECOVERY SOLUTIONS, INC,9701 METROPOLITAN COURT, SUITE B,RICHMOND VA 23236
FOX EYE CARE GROUP,ATTN: MANAGING AGENT,3509 HAWORTH DRIVE #208,RALEIGH NC 27609
HAMMERHEAD POOL SERVICES, INC,ATTN: MANAGING AGENT,5621 DEPARTURE DR,STE 106 RALEIGH NC 27616
HARRISON FENCE,ATTN: MANAGING AGENT,PO BOX 828,APEX NC 27502
HAYES BARTON ANIMAL HOSPITAL,ATTN: MANAGING AGENT,1516 GLENWOOD AVE,RALEIGH NC 27608
INTERNAL REVENUE SERVICE,ATTN:  CORRESPONDENCE/INSOLVENCY 1,PO BOX 7346,PHILADELPHIA PA 19101-7346
INTERNAL REVENUE SERVICE,ATTN:  MANAGER OR REG. AGENT,PO BOX 7317,PHILADELPHIA PA 19101-7317
JOHNSTON HEALTH,KEVIN B. WILSON LAW OFFICES,2810 WALKER ROAD,SUITE 102 CHATTANOOGA TN 37421
KING DAN RIVES,MARYDEL HART RIVES,6900 N HAIRPIN DR,QUINTON VA 23141
KRS HOLDINGS, INC.,d/b/a: GREAT RICHMOND RENTALS,DONKOS GORDON, P.C.,1360 E. PARHAM ROAD,  SUITE 200 RICHMOND VA 23228
LAFAYETT AYERS WHITLOCK ET AL,ATTN: MNG AGT,10160 STAPLES MILL RD,STE 105 GLEN ALLEN VA 23060
LCA COLLECTIONS,POST OFFICE BOX 2240,BURLINGTON NC 27216-2240
LEATHER & VINYL MD,c/o: CHAPTER HOLDINGS, LLC,200 N. WASHINGTON ST.,TULLAHOMA TN 37388
LEATHER AND VINYL MD,8300 FALLS OF NEUSE ROAD,SUITE 110,RALEIGH NC 27615

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :   12/15/2017            Signature :  _Robert J. Wallace, Jr._

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: KING DAN RIVES  
DEBTOR 2 NAME: MARYDEL HART RIVES

CASE NUMBER: 1603686

I     Robert J Wallace, Jr.     certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on   12/15/2017   :

```
LEXINGTON RADIOLOGY,ATTN: MANAGING AGENT,508 HULON LN,WEST COLUMBIA SC 29169
LOAN MAX,3440 PRESTON RIDGE ROAD,Suite 500,ALPHARETTA GA 30005
MSCB INC.,ATTN: MANAGING AGENT,PO BOX 1567,PARIS TN 38242
NATIONAL GENERAL INSURANCE,ATTN: MANAGING AGENT,PO BOX 3199,WINSTON SALEM NC 27102
NEUROSURGICAL ASSOCIATES, PC,ATTN: MANAGING AGENT,1651 N. PARHAM RD.,HENRICO VA 23229
NORTH CAROLINA DEPT OF REVENUE,OFFICE SERVICES DIVISION,PO BOX 1168,RALIEGH NC 27602-1168
OPTIMUM OUTCOMES,ATTN: MNG AGT,2651 WARRENVILLE R,DOWNERS GROVE IL 60516
OPTIMUM OUTCOMES,PO BOX 660943,DALLAS TX 75266
PLATINUM AUTO FINANCE,ATTN:  OFFICER,25 N. MAIN AVE.,CLEARWATER FL 33765-3221
PORTFOLIO RECOV. ASSOC., LLC,PO BOX 12914,NORFOLK VA 23541
PRA RECEIVABLES MGMT., LLC,AGENT FOR PORTFOLIO RECOVERY,PO BOX 41067,NORFOLK VA 23541
PRA RECEIVABLES MGMT., LLC,agent of PORTFOLIO RECOVERY ASSOC.,PO BOX 12914,NORFOLK VA 23541
PRESTIGE FINANCIAL SERVICES,ATTN: MNG AGT,PO BOX 26707,SALT LAKE CITY UT 84126-0707
PROFESSIONAL ACCOUNT MANAGEMENT LLC,PO BOX 391,MILWAUKEE WI 53201
PSNC ENERGY,PO BOX 100256,COLUMBIA SC 29202-3256
QUANTUM3 GROUP, LLC,ATTN:  MANAGER OR REG. AGENT,PO BOX 788,KIRKLAND WA 98083
QVC, INC.,ATTN: MANAGING AGENT,C/O GC SERVICES LIMITED PARTNERSHIP,PO BOX 3044 LIVONIA MI 48151
RALEIGH PATHOLOGY LAB ASSOC PA,PO BOX 6241,CHRISTIANBURG VA 24068-6241
RECEIVABLE SOLUTIONS, INC,PO BOX 21808,COLUMBIA SC 29221
RENT A CENTER,ATTN: MNG AGT,4550 CAPITAL BLVD,RALEIGH NC 27604
RICHMOND EMERGENCY PHYS INC,ATTN: MNG AGT,PO BOX 79013,BALTIMORE MD 21279
RICHMOND SPECIALTY GROUP,ATTN: MANAGING AGENT,3 MARYLAND FARMS,STE 250 BRENTWOOD TN 37027
RVA PEDIATRICS PC,ATTN: MANAGING AGENT,10410 RIDGEFIELD PKWY,HENRICO VA 23233
SADINO FUNDING LLC,ATTN: MANAGING AGENT,C/O QUANTUM GROUP LLC,PO BOX 788 KIRKLAND WA 98083-0788
SIMPLEY STORAGE,ATTN: MANAGING AGENT,4475 POUNCEY TRACT RD,GLEN ALLEN VA 23059
SPRING FOREST ANIMAL HOSPITAL,2310 SPRING FOREST RD.,RALEIGH NC 27615
STANLEY STEEMER,ATTN: MANAGING AGENT,121 BLACK FORTY DRIVE,WINSTON SALEM NC 27127
SYNCHRONY BANK,PO BOX 965060,ORLANDO FL 32896
TIME WARNER CABLE,2505 ATLANTIC AVENUE,RALEIGH NC 27604-1411
TIME WARNER CABLE,3140 W. ARROWWOOD COURT,CHARLOTTE NC 28273
TIMOTHY M. SALEEBY,8308 GREY ABBEY PL,RALEIGH NC 27615
VALENTINE & KEBARTAS, INC,PO BOX 325,LAWRENCE MA 01842
VERIZON,PO BOX 26055,MINNEAPOLIS MN 55426
VIRGINIA DEPT OF MOTOR VEHICLES,PO BOX 27412,RICHMOND VA 23269
VIRGINIA EMPLOYMENT COMMISSION,PO BOX 1358,RICHMOND VA 23218
WAKEMED,P.O. BOX 29516,RALEIGH NC 27626-0516
```

By Electronic Transmittal :  
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :   12/15/2017              Signature : _Robert J. Wallace, Jr._____

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134